COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        W.M. Roberson v. Anthony Saint Val

Appellate case number:      01-16-01001-CV

Trial court case number:    1085226

Trial court:                County Civil Court at Law No. 3 of Harris County

On December 16, 2016, appellant, W.M. Roberson, filed an emergency motion to stay pending appeal of eviction. The Court **grants** the stay of the eviction. The Court requests that the appellee, Anthony Saint Val, respond to the emergency motion by no later than ten days from the date of this order. It is therefore **ordered** that the response of the appellee, if any, shall be due by Monday, January 9, 2017.

It is so ORDERED.

Judge's signature: /s/ Chief Justice Sherry Radack
         ☒ Acting individually

Date: December 29, 2016